TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | MJ 20-12-BU-KLD |
|---|---|
| Plaintiff, | MOTION TO SEAL |
| vs. | |
| CRISTYAN JOSE GONZALEZ-CARRILLO, | |
| Defendant. | |

The United States, by and through Tara J. Elliott, Assistant U.S. Attorney, requests this Honorable Court to seal this case and all pleadings in it, including the Complaint, Arrest Warrant, and Affidavit in Support of Criminal Complaint, as the revealing of information contained therein at this time would jeopardize the

1

investigation and the privacy of the target of this investigation.

The United States further requests this matter be unsealed for the limited purposes of providing all documents to defense counsel in discovery, upon initial appearance and service/receipt of defense counsel's discovery request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

DATED this 8th day of July, 2020.

KURT G. ALME
United States Attorney

_____
TARA J. ELLIOTT
Assistant U.S. Attorney
Attorney for Plaintiff